## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | Case Number: | **22-40085** |
| | **)** | | |
| Plaintiff, | **)** | | |
| **vs.** | **)** | | |
| | **)** | | |
| **LAMAR RAY STEELE, JR.,** | **)** | | |
| | **)** | | |
| Defendant. | **)** | | |
| _____ | **)** | Date of Hearing: | **4/25/23** |

### CRIMINAL MINUTE SHEET – STATUS CONFERENCE

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Sherry Harris** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **11 minutes** |

**APPEARANCES:**       **parties appear:**  **IN PERSON**
- UNITED STATES OF AMERICA:        **Jared Maag**
- DEFENDANT'S COUNSEL:        **Kevin Babbit**
- DEFENDANT:        ☒ In Custody – present

**NATURE OF HEARING:**

**Defendant requests to withdraw his intention to proceed pro se and to continue to be represented by Mr. Babbit.  Counsel requests that a briefing schedule be set.**

**The Court sets the following pretrial briefing schedule:**

| | |
|---|---|
| **Motions due:** | **6/30/23** |
| **Response due:** | **7/14/23** |
| **Reply due:** | **7/21/23** |
| **Motion Hrg:** | **8/17/23 at 1:30 p.m. (1/2 day)** |
| **Status Conf:** | **9/20/23 at 9:00 a.m.** |

☒       **Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from <u>today until 9/20/23</u> as to Defendant.**

☒       **Defendant remanded to custody.**